# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158408(59)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* ROBERT E. WHITTON REVOCABLE TRUST.

_____

MOLLY MICHALUK,
      Petitioner-Appellant,

v

EDDIE WHITTON and RICHARD WHITTON,
Successor Trustees of the ROBERT E. WHITTON
REVOCABLE TRUST,
      Respondents-Appellees.

_____/

SC: 158408
COA: 337828
Oakland PC: 2016-372116-TV

     On order of the Chief Justice, the motion of petitioner-appellant to extend the time for filing her supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before August 14, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2019



Clerk